# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**vs.**                                          **CRIMINAL ACTION NO.  3:22-CR-041-CRS**

**JAZMON MILES**                                                             **DEFENDANT**

## MEMORANDUM AND ORDER
## FOLLOWING TELEPHONIC STATUS CONFERENCE

A telephonic status conference was held in this matter on November 29, 2022.  Participating in the Conference were:

For the United States:

    Frank E. Dahl, III, Assistant United States Attorney

For the Defendant:

    Aaron M. Dyke, Assistant Federal Defender

The Court and counsel discussed the procedural posture of the case.  The United States advised the Court that the parties have been discussing a potential resolution in this matter and requested the matter be continued for approximately forty-five (45) days.  Counsel for the Defendant agreed with the United States.  Based on the discussion during the conference and the Court being otherwise sufficiently advised, by agreement of the parties,

**IT IS HEREBY ORDERED** as follows:

1.     This matter is **CONTINUED to February 8, 2023, at 3:00 p.m. ET**, before the Honorable Charles R. Simpson, III, United States Senior District Judge, for a **telephonic status conference**.  **Counsel for the parties shall connect to the conference by dialing the toll-free number 888-684-8852 and entering access code 2068314#.  Parties shall dial into the conference five (5) minutes prior to the conference.**

2. Participation by the Defendant is not mandatory. Should defense counsel desire to have their client participate, defense counsel shall contact Case Manager Renee Koch at (502) 625-3530 no later than three (3) business days prior to the scheduled conference, to allow coordination with the facility in which the Defendant is designated to conduct this conference by way of video teleconference.

3. If the Defendant intends to enter a plea of guilty, defense counsel shall file a motion for change of plea, and the matter will be rescheduled for an in-person change of plea hearing.

4. The time between the **November 29, 2022**, and **February 8, 2023**, is **DECLARED** excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i). The Court **FINDS** that the ends of justice served by the continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). Specifically, failure to grant the continuance would likely make a continuation of the proceeding impossible or result in a miscarriage of justice, due to the need for additional time to allow the parties to continue their discussions toward a resolution, for trial preparation should the parties not reach a resolution and for defense counsel to otherwise counsel the Defendant. 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(i). The Court **HOLDS** that the continuance is not made for the purpose of undue delay, nor is this continuance granted "because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." 18 U.S.C. § 3161(h)(7)(C).

December 1, 2022

Charles R. Simpson III, Senior Judge
United States District Court

cc: Counsel of Record

Court Reporter: Becky Boyd

Time: 00/03