Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
(Filed Electronically)

CRIMINAL ACTION NO. 3:22CR-41-CRS
UNITED STATES OF AMERICA,                                              PLAINTIFF,

vs.

JAZMON MILES,                                                          DEFENDANT.

## MOTION TO WITHDRAW DUE TO CONFLICT

Comes the Office of the Federal Defender, appointed counsel for defendant Jazmon Miles, and moves the Court for leave to withdraw as counsel of record herein. As grounds for said motion, the undersigned states that information came to the attention of the Office of the Federal Defender which creates a conflict of interest with Mr. Miles, ethically requiring withdrawal from his case.

                                                        /s/ Aaron M. Dyke
                                                        Assistant Federal Defender
                                                        200 Theatre Building
                                                        629 Fourth Street
                                                        Louisville, Kentucky 40202
                                                        (502) 584-0525

                                                        Counsel for Defendant.

## **CERTIFICATE**

    I hereby certify that on December 2, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to Frank Dahl, III, Assistant United States Attorney. I also certify that on December 2, 2022, a copy of this motion was served on the defendant by mailing same to him.

    /s/ Aaron M. Dyke

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808